JS-6

**HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.**
Sepehr Daghighian (SBN 239349)
sd@hdmnlaw.com
Kevin Y. Jacobson (SBN 320532)
kj@hdmnlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024

Attorneys for Plaintiff,
**LINSE LIGHTERS, INC.**

**STRONG & HANNI**
Brian C. Jonhson (SBN 96932)
102 South 200 East, Suite 800
Los Angeles, CA 94111

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINSE LIGHTERS, INC., a California Corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SEGMENT CONSULTING MANAGEMENT, LTD., a Canadian Corporation dba VIVAZEN; LUKE KIM, an individual, LUIS FEITOR, an individual, and Does 1 to 50, inclusive,<br><br>        Defendants. | Case No. CV 20-2983-GW-AGRx<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE WITH THE COURT RETAINING JURISDICTION OVER THE SETTLEMENT** |

**ORDER**

The Court, having considered the Joint Stipulation to Dismiss the Case With Prejudice With the Court Retaining Jurisdiction Over the Settlement filed by the parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court Dismisses this matter as to all Defendants With Prejudice
3. The Court retains jurisdiction over the settlement and its terms.

IT IS SO ORDERED.

DATED: August 3, 2020

_____
Hon. George H. Wu
United States District Judge